FILED

2020 SEP -9 PM 2: 27

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.

RAUL LOPEZ-GUERRERO

CASE NO. 2:20-CR-110-FtM-66NPM

8 U.S.C. § 1326(a)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about May 10, 2020, in the Middle District of Florida, the defendant,

RAUL LOPEZ-GUERRERO,

being an alien of the United States, who previously had been deported, excluded, and removed from the United States on or about August 16, 2018, and October 16, 2018, and who had not received the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, was found to be voluntarily in the United States.

In violation of 8 U.S.C. § 1326(a).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Jeffrey F. Michelland
Assistant United States Attorney

By: _____
Jesus M. Casas
Assistant United States Attorney
Chief, Fort Myers Division

FORM OBD-34
APR 1991

No. 2:20-cr-

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

RAUL LOPEZ-GUERRERO

## INDICTMENT

Violations:

8 U.S.C. § 1326(a)

A true bill,

_____
Foreperson

Filed in open court this 9th day

of September, 2020.

_____
Clerk

Bail $_____

GPO 863 525